# UNITED STATES DISTRICT COURT
# OF THE NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs                                       Case No.  5:07cv242/MCR/AK

$25,860.00 IN U.S. CURRENCY,

    Defendant.
_____/

## ORDER OF FORFEITURE

On October 5, 2007, a Verified Complaint of Forfeiture In Rem against the defendant property, $25,860.00 in U.S. currency, was filed on behalf of the Plaintiff, United States of America.  The Complaint alleges that the defendant property is forfeitable to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

It appears that process was fully issued in this action according to law:

That on October 16, 2007, the United States Marshal's Service served a certified copy of the Verified Complaint for Forfeiture In Rem on Travis Riddiford;

That a Notice of Action and Arrest was published in the Panama City News Herald, a newspaper of general circulation, on October 18, 25 and November 1, 2007;

That on February 26, 2008, the United States Marshal's Service served a certified copy of the Warrant of Arrest In Rem on Travis Riddiford;

That no person or entity has filed a claim.

**NOW THEREFORE**, on Motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

**ORDERED, ADJUDGED and DECREED** that $25,860.00 IN U.S. CURRENCY be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party.  The defendant property shall be disposed of according to law.

**DONE AND ORDERED** this 8th day of April, 2008.

                           s/ *M. Casey Rodgers*
                          **M. CASEY RODGERS**
                          **UNITED STATES DISTRICT JUDGE**